

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rorey Demone Booth,

Vs. No. 11-17-00278-CR

The State of Texas,

\* From the 385th District Court
of Midland County,
Trial Court No. CR48727.

\* September 19, 2019

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect a conviction for a third-degree felony, and as modified, we affirm the judgment of the trial court.